# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> INTEGRATED MEDIA MANAGEMENT, ) <br> LLC, ) <br> ) <br> Defendant. ) <br> _____ ) | PATENT <br><br> Case No: 2:20-cv-1148 <br><br> **JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.C.P. 7.1, Digital Verification Systems, LLC ("Plaintiff" or "DVS") hereby states:

1. Plaintiff DVS does not have a parent corporation and no publicly held companies own 10% or more of its stock.

Dated February 2, 2020.

OF COUNSEL:

David A. Chavous, Esq.
(*pro hac vice* forthcoming)
CHAVOUS INTELLECTUAL
PROPERTY LAW LLC
793 Turnpike Street, Unit 1
North Andover, MA 01845
Phone: (978) 655-4309
Fax: (978) 945-0549
dchavous@chavousiplaw.com

STAMOULIS & WEINBLATT, LLP

/s/ Stamatios Stamoulis
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Digital Verification Systems, LLC.*